UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DOUGLAS A. WILSON,
*Admn. of the Estate of Brianna Taylor*
*Wilson, aka Brianna T. Wilson Deceased*,

    Plaintiff,                                Case No. 3:23-cv-38

vs.

CITY OF SIDNEY, OHIO, *et al.*,          District Judge Michael J. Newman

    Defendants.

_____

## ORDER CONDITIONALLY DISMISSING THIS CASE
_____

       The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that any of the parties may, upon good cause shown within **thirty (30) days**, reopen the action if settlement is not consummated.

       **IT IS SO ORDERED.**

July 23, 2025                                           s/*Michael J. Newman*
                                                                Hon. Michael J. Newman
                                                               United States District Judge